UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JEFFERY JOHNSON                                                    PETITIONER

V.                                                    CIVIL ACTION NO.1:06CV217-SA-JAD

JERRY PARKER, et al                                                RESPONDENTS

## FINAL JUDGMENT

On consideration of the file and records in this action consideration , and on an evidentiary

hearing held on September 3, 2008, the Court finds that the Report and Recommendation of the

United States Magistrate Judge dated September 12, 2008, was on that date duly served by first class

mail upon the petitioner, his attorney, and the attorneys of record for the respondents; that more than

ten days have elapsed since service of said Report and Recommendation, and that no objection

thereto has been filed or served by said parties.  The Court is of the opinion that the Report and

Recommendation should be approved and adopted as the opinion of the Court.  It is, therefore

ORDERED:

1.      That the Report and Recommendation of the United States Magistrate Judge dated

September 12, 2008, be, and it is hereby, approved and adopted as the opinion of the Court; and

2.      That  Petitioner's Habeas Corpus Petition is hereby denied and this case is dismissed

with prejudice.

THIS, the _____22nd_____ day of __October____, 2008.


    **/s/ Sharion Aycock**
**UNITED STATES DISTRICT JUDGE**